UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William Parks

        v.                                         Case No. 10-cv-143-PB

Town of Hampton Fallls, et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 19, 2010.

    SO ORDERED.

December  13, 2010                          /s/ Paul Barbadoro
                                                             Paul Barbadoro
                                                              United States District Judge

cc:    William Parks, Pro se