```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>**William A. Parks, pro se**</u>

    **v.**                                        Case No. 10-cv-143-PB

<u>**Town of Hampton Faslls, NH,**</u>
<u>**et al.**</u>

## O R D E R

The plaintiff has been granted IFP status. Therefore, his request for IFP status is denied as moot. His filing is a notice of appeal. Therefore, his request for additional time to file a notice of appeal is denied as moot. No further action is required on the motion.

    SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

January 18, 2011

cc: William A. Parks, pro se